```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGEL R. LUJAN ULLOA, Individually and on Behalf of All Other Persons Similarly Situated,

                              Plaintiff,

-against-

PEACOCK PAINT SUPPLIES INCORPORATED, R&A PAINTING LTD., EGOR ARONIN, and JOHN DOES #1-10

                              Defendants.

Civ. No.: 16-CV-06774
(CM) (JLC)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND ORDERED that the above-captioned action be and is hereby dismissed in its entirety as against all Defendants, with prejudice, and with no award of attorneys' fees or costs by the Court to any party, except the claims of opt-in Plaintiff Jaime Perdamo Collazos are dismissed without prejudice and without costs.

Dated: July 7, 2017

LAW OFFICE OF WILLIAM COUDERT RAND
501 Fifth Ave., 15th Floor
New York, New York 10017
T: (212) 286-1425

By: /s/ William C. Rand

William C. Rand, Esq.

JACKSON LEWIS
666 Third avenue, 29th Floor
New York, New York 10017
T: (212) 545-400

By: /s/

Wendy J. Mellk, Esq.
Tania J. Mistretta, Esq.

SO ORDERED:

/s/ Colleen McMahon

Hon. Colleen McMahon, U.S.D.C.J.

Dated: 7/11/2017